447 F.2d 515
 George A. CLARK, Plaintiff-Appellant,
v.
The DIRECTOR, UNITED STATES AIR FORCE ACCOUNTING AND FINANCE CENTER, Defendant-Appellee.
 No. 71-2102 Summary Calendar.*
 United States Court of Appeals, Fifth Circuit.
 September 13, 1971.
 
 Appeal from the United States District Court for the Western District of Texas; John H. Wood, Jr., District Judge.
 George A. Clark pro. se.
 Seagal V. Wheatley, U. S. Atty., Charles B. Tennison, San Antonio, Tex., for defendant-appellee.
 Before COLEMAN, SIMPSON, and MORGAN, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 Notes:
 
 
 *
 Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I
 
 
 [1]
 See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966